**Opinion issued April 9, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00216-CV

_____

## IN RE TAYLOR LAMONICA LEE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Taylor Lamonica Lee filed a petition for writ of mandamus, asking that we vacate the trial court's orders signed on September 11, 2023 and December 15, 2023, require the return of N.P. and O.L.P, minor children to relator's care,

custody, and control, and require the trial court to lift all restrictions on that care, custody, and control.[1]

To show entitlement to mandamus relief, a relator must establish that the trial court abused its discretion and the relator lacks an adequate remedy by appeal. *See In re McDaniel*, 408 S.W.3d 389, 396 (Tex. App.—Houston [1st Dist.] 2011, orig. proceeding). A relator must provide the court with a record sufficient to establish the right to mandamus relief. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); TEX. R. APP. P. 52.3(k) (relator must include appendix to petition for writ of mandamus containing a certified or sworn copy of order complained of), 52.7 (relator must file with petition for writ of mandamus certified or sworn copy of every document material to relator's claim for relief).

According to relator, no evidence was presented at a hearing held on August 22, 2023 to support removal of the children from relator's care, custody, and control. Relator has not provided this Court with a copy of the order complained of or a hearing record or any other documentation that might establish her right to relief. Without a sufficient record, relator has not established her entitlement to mandamus relief. *See Walker*, 827 S.W.2d at 837.

---

[1]  The underlying case is *Office of the Attorney General v. Marcel Lamar Primes*, cause number 2019-39115, pending in the 311th District Court of Harris County, Texas, the Honorable Germaine Tanner presiding.

Accordingly, the petition is denied.  *See* TEX. R. APP. P. 52.8.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.